GRIDER v. STATE. (8 Div. 35.) (Court of Appeals of Alabama. May 29, 1923.) Ap-

peal from Circuit Court, Jackson County; W. W. Haralson, Judge.

FOSTER, J. Appeal dismissed.